| | | |
|---|---|---|
| DAVE O. AGBOR, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-12-2690 |
| MARYLAND AVIATION ADMIN., | * | |
| Defendant | * | |

## MEMORANDUM

In an earlier memorandum and order (April 5, 2013, ECF No. 15), the Court indicated it would grant in part and deny in part Defendant Maryland Aviation Administration's ("MAA") motion to dismiss or, in the alternative, for summary judgment (ECF No. 7). Treating MAA's motion as one to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), the Court will grant the motion as to Plaintiff Dave O. Agbor's state-law claim of failure to promote because it was brought outside of the applicable statute of limitations. Otherwise, the motion to dismiss will be denied.

Treating MAA's motion as one for summary judgment, the Court will deny the motion. Because many, if not most, of the exhibits presented by the parties were presented without authentication, the Court ordered the parties to file appropriate affidavits or other authentication on or before April 19, 2013. Both parties complied with the order. However, MAA improperly presented additional argument in the form of a surreply without leave of Court. Consequently, Document Number 20 will be stricken.

Additionally, Plaintiff has presented an appropriate declaration under Rule 56(d) for the Court's consideration on the question of whether it is premature to consider a motion for summary judgment. The Court finds persuasive Plaintiff's contentions that he needs discovery to fully respond to MAA's motion. Thus, Plaintiff's motion (ECF No. 16) to deny MAA's motion for summary judgment as premature will be granted. MAA's motion for summary judgment will be denied without prejudice to refile after the close of discovery.

Finally, the Court will hold a telephonic conference with counsel to set the schedule for the case through the stage of dispositive motions. A separate mailing will address this matter.

A separate order will issue.

DATED this  16  day of May, 2013.

BY THE COURT:

_____
James K. Bredar
United States District Judge